## UNITED STATES DISTRICT COURT

**Southern District of California**

Office Of The Clerk
333 West Broadway, Suite 420
San Diego, California 92101
Phone: (619) 557–5600
Fax: (619) 702–9900

John Morrill,
Clerk of Court

August 10, 2015

Clerk, U.S. District Court
District of New York, Southern

Re: Charity Bustamante v. Kind LLC, et al., Case No. 3:15–cv–00891–JAH–JMA

Dear Sir or Madam:

Pursuant to Order transferring the above–entitled action to your District, we are electronically transmitting herewith our entire original file.

        Sincerely yours,

        John Morrill,
        Clerk of the Court

        By: s/ K. Sellars, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants: