CLOSED,STAYED,MDL

# U.S. District Court
## Southern District of California (San Diego)
## CIVIL DOCKET FOR CASE #: 3:15−cv−00891−JAH−JMA

Bustamante v. Kind LLC et al
Assigned to: Judge John A. Houston
Referred to: Magistrate Judge Jan M. Adler
Demand: $5,000,000
Cause: 28:1332 Diversity−Fraud

Date Filed: 04/22/2015
Date Terminated: 08/10/2015
Jury Demand: Plaintiff
Nature of Suit: 370 Other Fraud
Jurisdiction: Diversity

Early Neutral Evaluation Conference:
Case Management Conference:
Status Hearing:
Status Conference:
Mandatory Settlement Conference:

Settlement Conference:
Settlement Disposition Conference:
Pretrial Conference:
Final Pretrial Conference:
Trial Date:

**Plaintiff**

**Charity Bustamante**
*individually and on behalf of all others*
*similarly situated*

represented by **Robert R. Ahdoot**
Ahdoot and Wolfson APC
1016 Palm Avenue
West Hollywood, CA 90069
(310) 474−91111
Fax: (310) 474−8585
Email: rahdoot@ahdootwolfson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theodore Walter Maya**
Ahdoot and Wolfson PC
1016 Palm Avenue
West Hollywood, CA 90069
(310) 474−9111
Fax: (310) 474−8585
Email: tmaya@ahdootwolfson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tina Wolfson**
Ahdoot and Wolfson PC
1016 Palm Avenue
West Hollywood, CA 90069
(310) 474−9111
Fax: (310) 474−8585
Email: twolfson@ahdootwolfson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Kind LLC**
*a Delaware Limited Liability Company*

represented by **Dale Joseph Giali**
Mayer Brown LLP
350 South Grand Avenue
25th Floor
Los Angeles, CA 90071–1503
(213) 229–9509
Fax: (213) 576–8121
Email: dgiali@mayerbrown.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keri E Borders**
Mayer Brown LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
(213) 229–9500
Fax: (213) 625–0248
Email: kborders@mayerbrown.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does 1–10**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/22/2015 | Ï 1 | COMPLAINT With Jury Demand Against All Defendants (Filing fee $ 400 receipt number 0974–8008869.), filed by Charity Bustamante. (Attachments: # 1 Civil Cover Sheet)<br><br>The new case number is 3:15–cv–00891–JAH–JMA. Judge John A. Houston and Magistrate Judge Jan M. Adler are assigned to the case. (Maya, Theodore)(fth)(jrd) (Entered: 04/22/2015) |
| 04/22/2015 | Ï 2 | Summons Issued.<br>**Counsel receiving this notice electronically should print this summons and serve it in accordance with Rule 4, Fed.R.Civ.P and LR 4.1.** (fth)(jrd) (Entered: 04/22/2015) |
| 05/08/2015 | Ï 3 | Joint MOTION for Extension of Time to File *Response to Complaint* by Kind LLC. (Borders, Keri)Attorney Keri E Borders added to party Kind LLC(pty:dft) (rlu). (Entered: 05/08/2015) |
| 05/08/2015 | Ï 4 | NOTICE of Party With Financial Interest by Kind LLC (Borders, Keri) 5 (sjt). (Entered: 05/08/2015) |
| 05/12/2015 | Ï 5 | ORDER granting 3 Motion for Extension of Time to Answer or Otherwise Respond to Complaint. The time for Defendant to answer or otherwise respond to Plaintiff's Complaint is extended from May 14, 2015 to June 15, 2015. Signed by Judge John A. Houston on 5/12/15. (kas) (Entered: 05/12/2015) |
| 05/12/2015 | Ï 6 | NOTICE of Appearance by Tina Wolfson on behalf of Charity Bustamante (Wolfson, Tina)Attorney Tina Wolfson added to party Charity Bustamante(pty:pla) (QC email sent re lacking proof of service) (dls). (Entered: 05/12/2015) |
| 05/12/2015 | Ï 7 | NOTICE of Appearance by Robert R. Ahdoot on behalf of Charity Bustamante (Ahdoot, Robert)Attorney Robert R. Ahdoot added to party Charity Bustamante(pty:pla)(aef). (Entered: 05/12/2015) |

| 05/13/2015 | Ï 8 | CERTIFICATE OF SERVICE by Charity Bustamante re 6 Notice of Appearance (Wolfson, Tina) (dls). (Entered: 05/13/2015) |
|---|---|---|
| 05/13/2015 | Ï 9 | CERTIFICATE OF SERVICE by Charity Bustamante re 7 Notice of Appearance (Ahdoot, Robert) (dls). (Entered: 05/13/2015) |
| 05/14/2015 | Ï 10 | NOTICE OF RELATED CASE(S) by Kind LLC of case(s) McDonald v. KIND, CACD Case No. 8:15−cv−00615 . (Borders, Keri) LNO not prepared, cases in CA Central(jao). (Entered: 05/14/2015) |
| 05/14/2015 | Ï 11 | NOTICE of Appearance by Dale Joseph Giali on behalf of Kind LLC (Giali, Dale)Attorney Dale Joseph Giali added to party Kind LLC(pty:dft) (sjt). (Entered: 05/14/2015) |
| 06/12/2015 | Ï 12 | Joint MOTION to Stay *For Limited Stay of Case Until JPML Decision On Motion for Consolidation [MDL 2645]* by Kind LLC. (Borders, Keri) (jpp). (Entered: 06/12/2015) |
| 06/29/2015 | Ï 13 | ORDER granting limited stay of case. This case is stayed from the present until 30 days after the Judicial Panel on Multidistrict Litigation has decided the status of the Motion for Consolidation and Transfer of this Action and Related Proceedings. Signed by Judge John A. Houston on 6/29/2015. (jpp) (Entered: 06/29/2015) |
| 07/16/2015 | Ï 14 | NOTICE of MDL Filing: Notice of Appearance as to Plaintiff Lee Jackson (kas) (Entered: 07/16/2015) |
| 07/16/2015 | Ï 15 | NOTICE of MDL Filing: Notice of Appearance as to Plaintiffs Melanie House, Erich Zander, Elizabeth Livingston, and Bonnie Burkert (kas) (Entered: 07/16/2015) |
| 07/17/2015 | Ï 16 | NOTICE of MDL Filing: Defendants Kind, LLC and Kind Management, Inc.'s Joinder in Plaintiffs Charlie McDonald's and Benjamin Karter's Motion for Transfer Pursuant to 28 U.S.C. 1407, Certificate of Service (kas) (Entered: 07/17/2015) |
| 07/17/2015 | Ï 17 | NOTICE of MDL Filing: Notice of Withdrawal of Appearance, Proof of Service (kas) (Entered: 07/17/2015) |
| 07/17/2015 | Ï 18 | NOTICE of MDL Filing: Plaintiff Danielle Cooper's Response in Support of Consolidation of Related Cases and Opposition to Proposed Transfer of Venue Pursuant to 28 U.S.C. 1407, Proof of Service (kas) (Entered: 07/17/2015) |
| 07/17/2015 | Ï 19 | NOTICE of MDL Filing: Plaintiff Amy Cavanagh's Response in Support of Motion for Transfer of Actions for Pretrial Proceedings to the Central District of California Pursuant to 28 U.S.C. 1407, Certificate of Service (kas) (Entered: 07/23/2015) |
| 07/17/2015 | Ï 20 | NOTICE of MDL Filing: Plaintiffs Charlie McDonald and Benjamin Karter's Reply Memorandum in Support of Motions for Transfer of Actions to the Central District of California for Consolidation of all Pretrial Proceedings Pursuant to 28 U.S.C. 1407, Certificate of Service (kas) (Entered: 07/23/2015) |
| 08/10/2015 | Ï 21 | Case transferred to the Southern District of New York pursuant to MDL Transfer Order. Files transferred electronically to: *District of New York, Southern*. (Attachments: # 1 Transfer Order) (kas) (Entered: 08/10/2015) |